UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**NOTICE THAT YOUR COMPLAINT HAS BEEN FILED**

It was filed on **February 2, 2011**

The style of the case is

**Michael Ted Lamb v. Richard Crites**

The case number is **2:11−cv−00027**

The District Judge assigned to your case is **Judge Janis Graham Jack**

The nature of the claim is **Civil Rights NOS: 550**

Please write or type the civil action number on the front of all letters and documents. Please address all mail to:

**United States District Clerk's Office
1133 N. Shoreline Blvd. Room 208
Corpus Christi, Texas 78401**

The case will be handled in the ordinary course of the Court's work. Writing the Court to ask about your case will only SLOW the process.

Date:   February 2, 2011

David Bradley, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

### NOTICE OF THE RIGHT TO TRY
### A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all the parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

David Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael Ted Lamb §
    Plaintiff/Petitioner §
  §
*versus* § Case Number: 2:11−cv−00027
  §
Richard Crites, et al. §
    Defendant/Respondent(s)

## Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____   _____

_____   _____

## Order to Transfer

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____   _____
Date                            United States District Judge