IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Michael Ted Lamb #790214 | § | |
| | § | |
| v. | § | C.A. NO. C-11-27 |
| | § | |
| Richard Crites, et al | § | |

## ORDER SETTING EVIDENTIARY HEARING

A telephone conference hearing pursuant to Spears v. McCotter, 766 F.2d 179 (5th Cir. 1985), is scheduled before:

Brian L. Owsley
United States Magistrate Judge
1133 N. Shoreline Blvd.
Third Floor Courtroom
Corpus Christi, TX 78401

on **Friday, February 11, 2011 at 9:30 a.m.**

The Court will initiate the call through to Plaintiff at (361) 362-2300, the telephone number provided by the prison facility housing plaintiff. *The warden/sheriff and his staff are instructed to have Plaintiff available at the telephone number provided promptly at 9:30 a.m. on the above-referenced day to take the call, and to allow plaintiff access to an area where plaintiff can sit at a table, take notes, and have free access to his/her legal material and writing utensils during the pendency of the call.*

**The warden/sheriff is to ensure that the plaintiff receives this order within 24 hours of the date of it.**

ORDERED this 8th day of February 2011.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE