**United States Courts**
**Southern District of Texas**
**FILED**

MAR 2 1 2011

**David J. Bradley, Clerk of Court**



# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

Michael Ted Lamb
      Plaintiff/Petitioner        §
                         §
*versus*                        §  Case Number: 2:11−cv−00027
                         §
Richard Crites, et al.         §
      Defendant/Respondent(s)

## Consent to Proceed Before a Magistrate Judge

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

*Michael Ted Lamb* 3-17-11    _____

_____    _____

## Order to Transfer

    This case is transferred to United States Magistrate Judge

_____

    to conduct all further proceedings, including final judgment.

_____     _____
Date                          United States District Judge

Michael Lamb
#790217
2601 S. Emily Dr
Beeville, TX 78102

United States Courts
Southern District of Texas
FILED

MAR 21 2011

David J. Bradley, Clerk of Court

78401+2042

Clerk
U.S. Dist. Court Room 208
1133 N. Shoreline Blvd
Corpus Christi, TX 78401

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
15 MAR 2011 PM 5 L

USA44