UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael Ted Lamb #790214

V.                  CASE NUMBER:     C.A. C-11-27

Richard Crites, et al

## NOTICE OF SETTING

TO:

Michael Ted Lamb #790214

c/o Warden - McConnell Unit

fax 361-362-3011

YOU ARE DIRECTED TO APPEAR : **Monday, March 28, 2011 at 9:30 a.m. (C.S.T.) before:**

**U.S. Magistrate Judge Brian L. Owsley**
**United States Courthouse**
**3rd Floor Courtroom**
**1133 N. Shoreline Blvd.**
**Corpus Christi, Texas  78401**

TO ATTEND THE FOLLOWING PROCEEDING:

**TELEPHONE HEARING**

***The Court will initiate this call through to Plaintiff at (361) 362-2300, the telephone number provided by the prison/jail facility housing plaintiff. *The warden/sheriff and his staff are instructed to have Plaintiff available at the telephone number provided promptly at 9:30 a.m. on the above-referenced day to take the call, and to allow plaintiff access to an area where plaintiff can sit at a table, take notes, and have free access to his/her legal material and writing utensils during the pendency of the call.****

***THE WARDEN IS TO ENSURE THAT THE PLAINTIFF RECEIVES THIS ORDER/NOTICE WITHIN 24 HOURS OF THE DATE OF IT.***

**BY ORDER OF THE COURT**
David J. Bradley, Clerk of Court
By Deputy:  /s/ Kendra Bledsoe                  Date: March 23, 2011
*361-888-3445*