UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-11-27 |
| | § | |
| RICHARD CRITES, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

The plaintiff has filed his Consent to Proceed Before a Magistrate Judge (D.E. #8). It is therefore ORDERED that this matter is assigned to a United States Magistrate Judge to conduct all further proceedings, including entry of final judgment, in accordance with 28 U.S.C. § 636(c). Neals v. Norwood, 59 F.3d 530 (5th Cir. 1995). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit. 28 U.S.C. 636(c)(3).

In the event service of process is ordered, each defendant shall be given an opportunity to consent to trial before a magistrate judge. If any defendant after service does not consent to trial before a magistrate judge, this Order of Reference shall be automatically vacated as to trial and appeal only.

SIGNED and ORDERED this 25th day of March, 2011.

_____
Janis Graham Jack
United States District Judge