AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

'11 MAY -3 AM 9: 28

CORPUS CHRISTI, TEXAS
SOUTHERN TEXAS

| | |
|---|---|
| MICHAEL TED LAMB, TDCJ-CID #790214 ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:11CV27 |
| RICHARD L. CRITES, ET AL ) | |
| ) | |
| *Defendant* ) | |

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 23 2011

David J. Bradley, Clerk of Court

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Warden Richard Crites
c/o Kent Sullivan, First Assistant Attorney General
P. O. Box 12548
Austin, Texas 78711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____05/03/2011_____                *Linda K. Smith*
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11CV27

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Warden Richard Crites
was received by me on *(date)* 05/03/2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
05/11/11 - Mailed, certified mail # 7005 1160 0005 3481 0085
05/13/11 - Delivered/Signed for - Mail #
05/17/11 - Return receipt delivered to USMS

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/13/2011

_____
Server's signature

Ryan Enos, DUSM
Printed name and title

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Warden Richard Crites
   c/o Kent Sullivan, First Assistant
   Attorney General
   PO Box 12548
   Austin, Texas 78711

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) — RECEIVED IN MAIL CENTER — C. Date of Delivery MAY 13 2011

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   Attorney General of Texas

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number *(Transfer from service label)*   7005 1160 0005 3481 0085

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540