AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

RECEIVED UNITED STATES MARSHAL
'11 MAY -3 AM 9:27
CORPUS CHRISTI, TEXAS
SOUTHERN TEXAS

| | | |
|---|---|---|
| MICHAEL TED LAMB, TDCJ-CID #790214 | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:11CV27 |
| RICHARD L. CRITES, ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Major Adam Gonzales
c/o Kent Sullivan, First Assistant Attorney General
P. O. Box 12548
Austin, Texas 78711

Clerk, U.S. District Court
Southern District of Texas
FILED
MAY 23 2011
David J. Bradley, Clerk of Court

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/03/2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11CV27

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Major Adam Gonzalez__

was received by me on *(date)* __05/03/11__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
05/11/2011 – Mailed, Certified mail # 7005 1160 0005 3481 0078
05/13/11 – Delivered/signed for – mail #  "
05/17/11 – Return receipt delivered to USMS

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __05/13/2011__                    _____
                                              Server's signature

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br>C. Signature   ☐ Agent  ☐ Addressee<br>X<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br>RECEIVED IN MAILCENTER<br>MAY 1 3 2011<br>Attorney General of Texas |
| 1. Article Addressed to:<br>Major Adam Gonzales<br>c/o Kent Sullivan, First Assistant Atty General<br>P.O. Box 12548<br>Austin, TX 78711 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7005 1160 0005 3481 0078 |

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952