IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB,<br>    TDCJ-CID #790214,<br>v.<br><br>RICHARD L. CRITES, ET AL. | §<br>§<br>§<br>§<br>§ | C.A. NO. C-11-027 |

## ORDER

This is a civil rights action brought by a state inmate pursuant to 42 U.S.C. § 1983. (D.E. 1).

Any discovery in this action must be served no later than Friday, September 16, 2011. The parties must file any motions for summary judgment no later than Tuesday, October 18, 2011, to be considered timely filed. Any responsive briefs must be filed no later than Thursday, November 17, 2011.

ORDERED this 9th day of June 2011.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE