| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| MICHAEL TED LAMB<br>TDCJ-CID NO. 790214<br><br>*versus*<br><br>RICHARD L. CRITES ET. AL., | § § § § § § § § § § §     CIVIL ACTION NUMBER:<br>2:11CV00027 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

| Defendant Richard Crites | Defendant Adam Gonzales |
|---|---|
| Defendant Lisa Hassette | Defendant Jacqulyn Jameson |

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

| Date | United States District Judge |
|---|---|

SDTX (consent mag) 7/13/98