**RECEIPT**

Re.: 2:11Cv27 Lamb v Crites, etal

On this date, _____, 20 ____.

I received _DE#27, Order_____

from the U.S. District Clerk for the Southern District of Texas.

_Michael Lamb_
Signature of Recipient