IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB,<br>    TDCJ-CID #790214,<br>v.<br><br>RICHARD L. CRITES, ET AL. | §<br>§<br>§<br>§<br>§ | C.A. NO. C-11-027 |

## ORDER GRANTING AN EXTENSION OF TIME

This is a civil rights action brought by a state inmate pursuant to 42 U.S.C. § 1983. (D.E. 1). Pending is plaintiff's motion for an extension of time to file for discovery. (D.E. 42). Essentially, he seeks an extension of thirty days.

Accordingly, any discovery in this action must be served no later than Monday, October 17, 2011. The parties must file any motions for summary judgment no later than Thursday, November 17, 2011, to be considered timely filed. Any responsive briefs must be filed no later than Friday, December 16, 2011. No additional extensions will be granted.

ORDERED this 22nd day of August 2011.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE