## RECEIPT

Re.: 2:11cv27 Lamar v Crites

On this date, _August 19th_, 20 _11_.

I received _DE #41, Opinion + Order, Denying Mtn to Reconsider_

from the ~~U.S.~~ District Clerk for the Southern District of Texas.

United States Courts
Southern District of Texas

AUG 3 1 2011

David J. Bradley, Clerk of Court

_Michael Lamb_
Signature of Recipient 790214