IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB,<br>    TDCJ-CID #790214,<br>v.<br><br>RICHARD L. CRITES, ET AL. | §<br>§<br>§<br>§<br>§ | C.A. NO. C-11-027 |

## ORDER TO STRIKE

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff has filed a pro se copy of his Interrogatories for Defendants Gonzalez and Crites. (D.E. 46).

Pursuant to Local Rule 5.4, discovery is not filed with the Court: "Depositions, interrogatories, answers to interrogatories, requests for admission, production, or inspection, responses to those requests, and other discovery materials shall not be filed with the clerk." Instead, any discovery requests should be served consistent with the Federal Rules of Civil Procedure directly upon the individual from whom plaintiff is seeking the discovery.

Accordingly, plaintiff's Interrogatories for Defendants Gonzalez and Crites, (D.E. 46), is hereby ordered stricken from the record.[1]

ORDERED this 8th day of September 2011.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff feels that defendants fail to comply with the document request or interrogatories, then he may file a motion to compel consistent with the Federal Rules of Civil Procedure with a copy of the discovery request at issue attached to his motion.