IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB,<br>    TDCJ-CID #790214,<br>v.<br><br>RICHARD L. CRITES, ET AL. | §<br>§<br>§<br>§<br>§ | C.A. NO. C-11-027 |

## ORDER

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Pending is plaintiff's motion for an extension of time and a hearing. (D.E. 48).

Essentially, plaintiff seeks an extension of time regarding discovery. However, one extension has already been granted until October 17, 2011. (D.E. 47). He has not demonstrated any good cause to extend a deadline that is still over five weeks away.

Additionally, plaintiff seems to request a hearing to discuss discovery issues. He had filed a motion to compel the production of documents, (D.E. 45), but that motion was denied without prejudice in a separate order. There are currently no pending discovery matters warranting a hearing.

Accordingly, plaintiff's motion for an extension of time and a hearing, (D.E. 48), is DENIED.

ORDERED this 8th day of September 2011.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE