**RECEIPT**

United States Courts
Southern District of Texas
FILED
OCT 18 2011
David J. Bradley, Clerk of Court

Re.: 2:11CV27 Lamb v Crites

On this date, October 12th, 2011.

I received DE#55, Order

from the U.S. District Clerk for the Southern District of Texas.

Michael Ted Lamb
Signature of Recipient
790314