**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MICHAEL TED LAMB,** | § | |
| **TDCJ-CID # 790214,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:11-CV-00027** |
| | § | |
| **RICHARD L. CRITES,** *et al.,* | § | |
| *Defendants.* | § | |

# EXHIBIT C WITH SUPPLEMENTED BUSINESS RECORDS AFFIDAVIT

## AFFIDAVIT

THE STATE OF TEXAS        §
                          §
COUNTY OF BEE             §

BEFORE ME, the undersigned authority, personally appeared E. Villerreal, known to me to be a credible person over the age of 18 years, who, being duly sworn by me, did depose and say that the following is true and correct:

"My name is E. Villerreal. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein stated. I am personally acquainted with the facts herein stated.

"I am employed as the Chief of Classification for the Texas Department of Criminal Justice ("TDCJ") McConnell Unit located in Beeville, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ.

"I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached hereto are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here.

"Attached are copies of the records of offender Michael Lamb #790214 described as the CSIUCR15 Housing/ Job Assignment History print out and the CSIUCR09 Disciplinary Records History print for 10/18/11, which were requested."



_____
E. Villerreal, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME on October 21, 2011, by the said Candace Moore, to certify which, witness my hand and seal of office

_____
Notary Public in and for the State of Texas

CANDACE R. MOORE
NOTARY PUBLIC
NOTARY WITHOUT BOND
STATE OF TEXAS
My Comm. Exp. 06-21-2013

```
     10/19/2011  13:45     5124959139    DAG LAW ENF DIV

CSIUCR15/CSUC15        TDC UNIT CLASSIFICATION REVIEW      CURRENT DATE: 10/18/11
INMTCICS/MKA5019       HOUSING/JOB ASSIGNMENT HISTORY        AND TIME: 11:30:54
7396/UC15  INMATE NAME: LAMB,MICHAEL TED                  TDCNO: 00790214


HOUSING        |--HOUSING--| INM/HSG  JOB ASGN |---------JOB---------|
  DATE   UNIT |--ASGNMNT--| CUST AUTH   DATE   |------ASSIGNMENT------| AUTH
  |-----------HOUSING COMMENT-----------| |------------JOB  COMMENT------------|


03/25/11  ML  18S    005    G2  G2 CP  10/14/10 JANITOR WINDOW/LIGHT 1B  ARG
  I60                                   RE-ENTER JOB DOT CODE
06/07/10  ML  19Y    023    G2  G2 RLC 06/03/10 JANITOR WINDOW/LIGHT 1B  ARG
06/07/10  ML  UNASGN        G2  G2     05/27/10 JANITOR WINDOW/LIGHT 1B  JCG
06/07/10  ML  19Y    023    G2  G2 RLC 05/26/10 JANITOR WINDOW/LIGHT 1B  SAP
06/07/10  ML  4E21   25 T G2  GA JJJ 01/25/10 JANITOR WINDOW/LIGHT 2B  EG
06/04/10  ML  19Y    023    G2  G2 ARG 12/26/09 INSTITUTIONAL LOCKDOWN   EG
06/04/10  ML  UNASGN        G2  G2     04/16/09 JANITOR WINDOW/LIGHT 2B  EG
06/03/10  ML  19Y    023    G2  G2 ARG 03/30/09 INSTITUTIONAL LOCKDOWN   EG
06/03/10  ML  UNASGN        G2  G2     03/31/08 JANITOR WINDOW/LIGHT 2B  SS
05/28/10  ML  19Y    023    G2  G2 ARG 02/07/08 JANITOR 18 BLDG REC YD 1 MB



    MORE HOUSING/JOBS AVAILABLE
  ENTER THE NEXT TRANS CODE 02 AND/OR TDCNO _____
  PF1-HELP PF3-PREV PF4-CURR   AND/OR SIDNO _____
```