United States Courts
Southern District of Texas
FILED

NOV 07 2011

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael Ted Lamb
    Plaintiff,

v.

Richard Crites, et al,
    Defendants.

Declaration
Anthony Roberson #838289

C.A. No. 2:11-CV-00027
C.R. No. 550

Anthony Roberson hereby declares:

    During the past couple of months I have personally witnessed, or became aware of plaintiff, Michael Lamb, being subjected to a great deal of undue harassment. This harassment has caused Michael a great deal of hardship, and I can personally see that he is under a great deal of stress dealing with it.

---

    I declare under penalty of perjury that the foregoing is true and correct. Executed at the Mc connell Unit in Beeville, Texas on this the 2nd day of November, 2011.

*[signature]*
Anthony Roberson #838289
3001 S. Emily Dr
Beeville, TX 78102