Michael Lamb
#790214
3001 S. Emily Dr
Beeville, TX  78102

United States Courts
Southern District of Texas
FILED

NOV 07 2011

David J. Bradley, Clerk of Court

Re: 2:11-CV-00027
    C.R. No  550

November 2, 2011

Dear Clerk,

    Enclosed please find the Motion to Reopen Time to File  Motion to Compel Discovery with Certificate of Service and Exhibit and file with the court.

Sincerely,

Michael Lamb