michael Lamb
790214
3001 S. Emily Dr.
Beeville, Tx 78102



SAN ANTONIO TX 782

03 NOV 2011 PM 6 L

Clerk U.S. Dist. Court
1133 N. Shoreline Blvd (Room 208)
Corpus Christi, TX 78401

Clerk, U.S. District Court
Southern District of Texas
FILED

NOV 07 2011

David J. Bradley, Clerk of Court

78401204258

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION