UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Michael Ted Lamb #790214
(c/o Warden-McConnnell Unit)

V.     CASE NUMBER:     2:11-cv-27

Richard Crites, et al

### NOTICE OF RESETTING

YOU ARE DIRECTED TO APPEAR: **Thursday, November 17, 2011 at 2:00 p.m. before**

U.S. Magistrate Judge Brian L. Owsley
United States Courthouse
3rd Floor Courtroom
1133 N. Shoreline Blvd.
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

**TELEPHONE HEARING**
*(Previously set at 9:45 a.m. on this same day)*

*\*\*\*SPECIAL INSTRUCTIONS: Parties must call into the Court's meet-me-line call in number of 361-693-6518. This line will be open 5 minutes prior to the hearing. Once you call the number, you will be connected to the meet-me-line; there will be silence so please hold until the Case Manager calls in to connect all parties. Everyone must be on a land line. No cell phones or speaker phones are permitted. If you have a volume control, please be sure that it is turned up. Speak clearly into the mouthpiece of the phone and eliminate any background noises.*

*If more than one attorney/party is on the line, FOR CLARITY OF THE RECORD, PLEASE STATE YOUR NAME WHEN RESPONDING TO THE COURT. \*\*\**

*The warden/sheriff and his staff are instructed to allow plaintiff access to an area where plaintiff can sit at a table, take notes, and have free access to his/her legal material and writing utensils during the pendency of the call.*

*\*\*\*THE WARDEN/SHERIFF IS TO ENSURE THAT THE PLAINTIFF RECEIVES THIS ORDER/NOTICE WITHIN 24 HOURS OF THE DATE OF IT.\*\*\**

**BY ORDER OF THE COURT**
David J. Bradley, Clerk of Court
By Deputy:  /s/ Kendra Bledsoe          Date: November 14, 2011
*361-888-3445*