IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL TED LAMB §<br>TDCJ-CID #790214 §<br>v. §<br>§<br>WARDEN CRITES, ET AL. § § | C.A. NO. C-11-027 |

## ORDER

Plaintiff is a state inmate who filed a civil rights action pursuant to 42 U.S.C. § 1983. Pending is plaintiff's motion to reopen the time to file discovery. (D.E. 61). Specifically, he seeks to compel discovery by defendants. Defendants filed a response in opposition to plaintiff's motion. (D.E. 64).

On November 17, 2011, a telephonic hearing was held regarding the pending motion. Plaintiff is entitled to discovery only on matters that address defendants' immunity defenses. By and large the documents that he raised during the hearing were beyond the scope of discovery concerning defendants' immunity defenses. The narrow exception was plaintiff's request for shift roster records for June 6, 2010 regarding defendant Captain Jameson, which were deemed arguably relevant for purposes of defendants' pending motion for summary judgment.

Accordingly, plaintiff's motion to reopen the time to file discovery, (D.E. 61), is GRANTED in that limited exception. Defendants are to produce these records no later than December 6, 2011. Plaintiff's response to the pending motion for summary judgment is due no later than December 20, 2011.

ORDERED this 21st day of November 2011.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE