# RECEIPT

Re.: 2:11cv27 Lame v Criten

On this date, 25th of November, 2011.

I received DE #65, Order

from the District Clerk for the Southern District of Texas £790 214

_Michael_
Signature of Recipient

**Clerk, U.S. District Court**
**Southern District of Texas**
**FILED**
**NOV 29 2011**
**David J. Bradley, Clerk of Court**