IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB<br>    TDCJ-CID #790214 | §<br>§ | |
| v. | § | C.A. NO. C-11-027 |
| | § | |
| RICHARD CRITES, ET AL. | § | |

## ORDER GRANTING MOTION TO APPOINT COUNSEL

This civil rights action was filed by a state prisoner pursuant to 42 U.S.C. § 1983 alleging retaliation against him for exercising his constitutional rights. Pending is plaintiff's motion for the appointment of counsel. (D.E. 72). Trial is now set in this case for December 12, 2012. (D.E. 71).

Accordingly, plaintiff's motion for the appointment of counsel, (D.E. 72), is GRANTED consistent with Local Rule 83.1(F). Attorney Clif Alexander, Sico, White, Hoelscher & Braugh, 802 North Carancahua, Suite 900, Corpus Christi, Texas 78401, Phone: 361-653-3300, Facsimile: 361-653-3333 is appointed to represent plaintiff. The Clerk shall provide Mr. Alexander with the standard packet of information provided to lawyers appointed in civil cases and a copy of the current docket sheet. At Mr. Alexander's request, the Clerk shall provide copies of any pleadings requested by counsel at no charge.

ORDERED this 2nd day of March 2012.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE