# RECEIPT

Re.: 2:11cv27 Lamb v Criter, et al

On this date, March 8th, 20 12.

I received DE# 73 Order Appointing Counsel

from the U.S. District Clerk for the Southern District of Texas.

Clerk, U.S. District Court
Southern District of Texas
FILED

MAR 13 2012

David J. Bradley, Clerk of Court

Michael Lamb    790214

*Signature of Recipient*