IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB,<br>    TDCJ-CID #790214,<br>v.<br><br>RICHARD L. CRITES, ET AL. | §<br>§<br>§<br>§<br>§ | C.A. NO. C-11-027 |

## ORDER

This is a civil rights action filed by a state prisoner pursuant to 42 U.S.C. § 1983. Pending is plaintiff's motion to extend deadlines. (D.E. 75).

Plaintiff proposes a revised schedule that is not compatible with my current schedule. Moreover, the reasons provide to extend the schedule do not justify relief sought. For example, plaintiff suggests extending the schedule will have a beneficial impact of ongoing settlement discussions when in my opinion, the converse is true. Moreover, plaintiff's counsel indicates a potential conflict the week of this trial even though the trial in this action has been set since February 2012. (D.E. 71). However, there is no explanation of when the conflicting trial was set.

Accordingly, plaintiff's motion to extend deadlines, (D.E. 75), is DENIED.

ORDERED this 5th day of September 2012.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE