IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB | § | |
|     TDCJ-CID #790214 | § | |
| v. | § | C.A. NO. C-11-027 |
| | § | |
| RICHARD CRITES, ET AL. | § | |

## AMENDED SCHEDULING ORDER

The Court enters the following SCHEDULING ORDER in this case:

**MOTION FOR LEAVE TO AMEND PLEADINGS**       N/A
    (submit proposed amendment)

**MOTION FOR APPOINTMENT OF COUNSEL**       Friday, March 2, 2012

**DISCOVERY CUT-OFF**       Monday, September 10, 2012

**DISPOSITIVE MOTIONS**       N/A
      **RESPONSES DUE**       N/A

**MOTIONS IN LIMINE**       Monday, November 19, 2012

      **RESPONSES DUE**       Monday, December 3, 2012

**JOINT PRETRIAL ORDER**       Monday, October 29, 2012
    (in a form consistent with Appendix B, Local Rules, Southern District of Texas)

**OTHER (including DESIGNATION OF WITNESSES)**       Monday, November 12, 2012
    (Motions requesting the issuance of subpoenas or writs)

**FINAL PRETRIAL CONFERENCE**       Tuesday, January 15, 2013
    at 9:00 a.m., 1133 North Shoreline Blvd., Third Floor

**JURY SELECTION AND TRIAL**       Wednesday, January 16, 2013

    at 8:30 a.m., 1133 North Shoreline Blvd., Third Floor

ORDERED this 21st day of September 2012.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE