IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, <br> TDCJ-CID # 790214, <br> *Plaintiff,* <br><br> v. <br><br> RICHARD L. CRITES, *et al.,* <br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 2:11-CV-00027 |

### DEFENDANTS JAMESON AND HASSETTE'S EXHIBIT LIST

Defendants, Jacqulyn Jameson, and Lisa Hassette, file this Exhibit List and offer the following exhibits for pre-admission into evidence prior to trial. Additional evidence and exhibits may be introduced at trial by the Defendants for impeachment purposes.

1. Administrative Directive 3.72 ("Offender Property") with attached business records affidavit dated March 5, 2005. (Bates Stamped Numbers 1-41).

2. Michael Lamb's Step 1 grievance number 2010180856 with attached business records affidavit (Bates Stamped Numbers 23-24);

3. Michael Lamb's Step 2 grievance number 2010180856 with attached business records affidavit (Bates Stamped Numbers 21-22);

4. Michael Lamb's Step 1 grievance number 2010180856 investigative worksheet with attached business records affidavit (Bates Stamped Numbers 26);

5. Captain Jameson's statements dated 6/23/2010 with attached business records affidavit (Bates Stamped Number 27 and 29);

6. Officer Barfoot's statement dated 7/26/2010 with attached business records affidavit (Bates Stamped Number 28);

7. Captain Puente's statement dated 7/27/2010 with attached business records affidavit (Bates Stamped Number 30);

8. Michael Lamb's Offender Property form dated 6/7/2010 with attached business records affidavit (Bates Stamped Number 31);


EXHIBIT C

9. Michael Lamb's Step 2 grievance number 2010180856 investigative worksheet with attached business records affidavit (Bates Stamped Numbers 32);

10. Michael Lamb's Classification/Housing Assignment Records for dates May 28, 2010 to March 25, 2011 with attached business records affidavit (Bates Stamped Number 1).

Defendants reserve the right to supplement or amend their exhibit list.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division


/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24058045
Southern District No. 939905

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 463-2080
Fax: (512) 495-9139

**ATTORNEYS FOR DEFENDANTS JAMESON AND HASSETTE.**

2

NOTICE OF ELECTRONIC FILING

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of **Defendants Jameson and Hassette's Exhibit List** in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 29th day of October, 2012.

/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General

CERTIFICATE OF SERVICE

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this **Defendants Jameson and Hassette's Exhibit List** has been served on all counsel on record electronically as authorized in Federal Rules of Civil Procedure Rule 5(b)(2) on this the 29th day of October, 2012.

/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General