IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, § | | |
| TDCJ-CID # 790214 § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 2:11-cv-00027 |
| § | | |
| RICHARD L. CRITES, ET AL., § | | |
| Defendants. § | | |

### PLAINTIFF'S FIRST AMENDED TRIAL WITNESS LIST

1.  Michael Ted Lamb – TDCJ #790214
    c/o Clif Alexander
    Sico, White, Hoelscher & Braugh, L.L.P
    802 N. Carancahua, Suite 900
    Corpus Christi, Texas 78401
    Phone: (361) 653-3300
    Facsimile: (361) 653-3333

    *Plaintiff*

    Michael Lamb will testify regarding the retaliation that he has experienced at all material times while at the McConnell Unit in relation to his bringing *Lamb v. Mendoza et al.* in the United States District Court for the Southern District, Corpus Christi Division, Civil Action number 2:07-cv-00449 in 2007 against prison officials at the McConnell Unit.

2.  Daniel Ellis Taylor – TDCJ #700429
    William G. McConnell Unit
    3001 S. Emily Drive
    Beeville, Texas 78102

    *Witness with Knowledge of Relevant Facts*

    Daniel Taylor will testify regarding the retaliation that Plaintiff experienced at all material times while at the McConnell Unit in relation to Plaintiff bringing *Lamb v. Mendoza et al.* in the United States District Court for the Southern District, Corpus Christi Division, Civil Action number 2:07-cv-00449 in 2007 against prison officials at the McConnell Unit.

3.       Barbara Thomas
          4007 Darrell Lane
          Tyler, Texas 75701
          (903) 561-9766

          *Plaintiff's Sister and Witness with Knowledge of Relevant Facts*

          Barbara Thomas has personal knowledge of and may testify regarding the retaliation experienced by Plaintiff after bringing *Lamb v. Mendoza et al.* in the United States District Court for the Southern District, Corpus Christi Division, Civil Action number 2:07-cv-00449 in 2007 against prison officials at the McConnell Unit.

4.       Captain Jacqulyn Jameson
          c/o Nadine Phillpotts, A.A.G.
          Office of the Attorney General
          P.O. Box 12548, Capitol Station
          Austin, TX 78711
          Phone: (512) 463-2080

          *Defendant*

          Captain Jameson is expected to testify regarding her knowledge of Plaintiff's allegations, and her involvement with this matter. This witness may testify as to any other facts or circumstance within her knowledge relevant to this suit.

5.       Correctional Officer Lisa Hassette
          c/o Nadine Phillpotts, A.A.G.
          Office of the Attorney General
          P.O. Box 12548, Capitol Station
          Austin, TX 78711
          Phone: (512) 463-2080

          *Defendant*

          Officer Hassette is expected to testify regarding her knowledge of Plaintiff's allegations, and her involvement with this matter. This witness may testify as to any other facts or circumstance within her knowledge relevant to this suit.

6.	Correctional Officer Darlene Barfoot
c/o Nadine Phillpotts, A.A.G.
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, TX 78711
Phone: (512) 463-2080

*Witness with Knowledge of Relevant Facts*

Officer Barfoot is expected to testify regarding her interaction with Plaintiff and her knowledge regarding his claims. This witness may testify as to any other facts or circumstance within her knowledge relevant to this suit.

Plaintiff reserves the right to revise this witness list prior to trial and also reserves the right to call any witness called by Defendants who is not listed on Plaintiff's witness list.

Respectfully submitted,

By:	/s/	*Clif Alexander*
Clif Alexander
State Bar No. 24064805
Federal I.D. No. 1138436
SICO, WHITE, HOELSCHER & BRAUGH, L.L.P
900 Frost Bank Plaza, 802 N. Carancahua
Corpus Christi, Texas 78470
Phone: (361) 653-3300
Fax: (361) 653-3333

**ATTORNEY FOR THE PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 12th day of November, 2012, a true and correct copy of the above and foregoing document was served upon the following counsel of record via the Court's electronic filing system and/or Certified U.S. Mail, Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure.

Nadine Phillpotts  
Assistant Attorney General  
P.O. Box 12548, Capitol Station  
Austin, Texas 78711

*__Attorney for Defendants Jacqulyn Jameson and Lisa Hassette__*

                                          */s/   Clif Alexander*  
                                          Clif Alexander