IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, <br> TDCJ-CID # 790214 <br> Plaintiff, <br><br> v. <br><br> RICHARD L. CRITES, ET AL., <br> Defendants. | § § § § § § § § | Civil Action No. 2:11-cv-00027 |

ORDER

On this ____ day of _____ came on to be heard Plaintiff's Application For Writ of Habeas Corpus Ad Testificandum. The Court having reviewed the motion is of the opinion that said motion in all things should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED, that Daniel Ellis Taylor – TDCJ #700429 be delivered under safe and secure conduct into the custody of a United States Marshal for the Southern District of Texas at 1133 N. Shoreline Blvd., Corpus Christi, Texas on January 16-17, 2013 for the purpose of having said person available to give sworn testimony in a jury trial to be held before the Honorable Brian L. Owsley, United States Magistrate Judge for the Southern District of Texas on January 16-17, 2013 beginning at 8:30 a.m.

IT IS FURTHER ORDERED that Daniel Ellis Taylor remain in the custody of the United States Marshal until the conclusion of his testimony at which time he will be returned to the custody of TDCJ.

11/13/12

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE