IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **MICHAEL TED LAMB,** | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | CIVIL ACTION NO. 2:11-cv-00027 |
| | § | |
| **RICHARD L. CRITES, ET AL.,** | § | |
| *Defendants* | § | |

### DEFENDANTS JAMESON AND HASSETTES'
### NOTICE OF APPEARANCE OF CO-COUNSEL

**TO THE HONORABLE JUDGE OF THE DISTRICT COURT:**

COME NOW Defendants Jameson and Hassette, by and through the Attorney General for the State of Texas, and submits this Notice of Appearance of Co-Counsel. These Defendants are represented by the Office of the Attorney General for the State of Texas. Assistant Attorney General Nadine Phillpotts is currently designated as attorney-in-charge. Assistant Attorney General, Leah J. O'Leary is now making an appearance as co-counsel in this case.[1] Ms. Phillpotts will remain the attorney-in-charge.

Defendants request that all future documents be also forwarded to Leah J. O'Leary in the Attorney General's Office at the same address.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

---

[1] This is not a substitution of Counsel; Counsel is and will remain the Attorney General of Texas.

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/Leah J. O'Leary
**LEAH J. O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No.: 1563191

P. O. Box 12548, Capitol Station
Austin, Texas  78711
Phone: (512) 463-2080
Fax: (512) 495-9139
**ATTORNEYS FOR DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, LEAH J. O'LEARY, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 14th day of December, 2012.

/s/Leah J. O'Leary
LEAH J. O'LEARY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, LEAH J. O'LEARY, Assistant Attorney General of Texas, do hereby certify that a true copy of **DEFENDANTS JAMESON AND HASSETTE'S NOTICE OF APPEARANCE OF CO-COUNSEL** has been served on all counsel of record electronically as authorized by Rule 5(b)(2) of the Federal Rules of Civil Procedure on this the 14th day of December 2012.

/s/Leah J. O'Leary
LEAH J. O'LEARY
Assistant Attorney General