IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, § | | |
| TDCJ-CID # 790214 § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:11-CV-00027 | |
| § | | |
| RICHARD L. CRITES, ET AL., § | | |
| Defendants § | | |

## PLAINTIFF'S NOTICE OF APPEARANCE
## OF CO-COUNSEL

Please take notice that Stuart R. White is entering an appearance in the above styled and numbered cause as co-counsel of record for Plaintiff, Michael Ted Lamb.

> Stuart R. White
> Federal I.D. No. 1144883
> Texas Bar No. 24075268
> SICO, WHITE, HOELSCHER & BRAUGH L.L.P.
> 802 N. Carancahua, Suite 900
> Corpus Christi, Texas  78401
> Telephone:  361/653-3300
> Facsimile: 361/653-3333
> Email: swhite@swbtrial.com

Please provide Mr. White with copies of all correspondence, pleadings or other documents in this case.

                              Respectfully submitted,

                     By    /s/ Clif Alexander
                              Clif Alexander
                              Federal I.D. No. 1138436
                              Texas Bar No. 24064805
                              SICO, WHITE, HOELSCHER & BRAUGH L.L.P.
                              802 N. Carancahua, Suite 900
                              Corpus Christi, Texas 78401
                              Email:  csico@swbtrial.com
                              Telephone: (361) 653-3300
                              Facsimile: (361) 653-3333

                              **ATTORNEY IN CHARGE FOR PLAINTIFF**

OF COUNSEL:

Stuart R. White
Federal I.D. No. 1144883
Texas Bar No. 24075268
SICO, WHITE, HOELSCHER & BRAUGH, L.L.P.
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Email:  calexander@swbtrial.com
Email:  swhite@swbtrial.com
Telephone:  361/653-3300
Facsimile:  361/653-3333

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was served on all parties in compliance with the Federal Rules of Civil Procedure by first class mail, postage prepaid, or by electronic mail from the Clerk of Court on the 7th day of January 2013.

                                                 /s/ Clif Alexander
                                               Clif Alexander

Nadine Phillpotts
Leah J. O'Leary
Assistant Attorney General
P.O. Box 12548, Capitol Station
Autin, Texas  78711