**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MICHAEL TED LAMB,** | § | |
| **TDCJ-CID # 790214,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:11-CV-00027** |
| | § | |
| **RICHARD L. CRITES,** *et al.*, | § | |
| *Defendants.* | § | |

**DEFENDANTS JAMESON AND HASSETTE'S SUPPLEMENT TO THEIR
EXHIBIT LIST**

Defendants, Jacqulyn Jameson, and Lisa Hassette, file this Supplement to their Exhibit

List and offer the following exhibits for pre-admission into evidence prior to trial.  Additional

evidence and exhibits may be introduced at trial by the Defendants for impeachment purposes.

11.     Michael Lamb's Step 1 grievance number 2010177974 with attached business records
         affidavit. (Bates Stamped Numbers 1-4).

Defendants reserve the right to supplement or amend their exhibit list.

Respectfully submitted,

**GREG ABBOTT**
Attorney General of Texas

**DANIEL T. HODGE**
First Assistant Attorney General

**DAVID C. MATTAX**
Deputy Attorney General for Defense Litigation

**KAREN D. MATLOCK**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General

Attorney-in-Charge
State Bar No. 24058045
Southern District No. 939905

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Phone: (512) 463-2080
Fax: (512) 495-9139

**ATTORNEYS FOR DEFENDANTS JAMESON AND HASSETTE.**

## NOTICE OF ELECTRONIC FILING

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of **Defendants Jameson and Hassette's Supplement to Their Exhibit List** in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 11th day of January, 2013.

/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **NADINE PHILLPOTTS**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of this **Defendants Jameson and Hassette's Supplement to Their Exhibit List** has been served on all counsel on record electronically as authorized in Federal Rules of Civil Procedure Rule 5(b)(2) on this the 11th day of January, 2013.

/s/ Nadine Phillpotts
**NADINE PHILLPOTTS**
Assistant Attorney General