IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL TED LAMB, <br> TDCJ-CID # 790214 <br> Plaintiff, <br><br> v. <br><br> RICHARD L. CRITES, ET AL., <br> Defendants. | § § § § § § § § § | Civil Action No. 2:11-cv-00027 |

### PLAINTIFF'S FIRST AMENDED TRIAL EXHIBIT LIST

Michael Ted Lamb, Plaintiff herein, files this Amended Exhibit List and offers the following exhibits for pre-admission into evidence prior to trial. Plaintiff may introduce additional evidence and exhibits at trial for impeachment purposes.

1. Verdict of the Jury (D.E. 114) – *Lamb v. Mendoza et al.*, in the United States District Court for the Southern District, Corpus Christi Division, Civil Action number 2:07-cv-00449;

2. Administrative Directive 3.72 ("Offender Property") (Bates Stamped Numbers 1-41);

3. Texas Department of Criminal Justice – Offender Property Inventory Form dated June 7, 2010;

4. Plaintiff's Step 1 Grievance Number 2010177974 (Bates Stamped Numbers 1-4);

5. Plaintiff's Step 1 Grievance Number 2010180856 (Bates Stamped Numbers 23-24);

6. Plaintiff's Step 2 Grievance Number 2010180856 (Bates Stamped Number 21-22);

7. Plaintiff's Step 1 Grievance Number 2010180856 Investigation Worksheet (Bates Stamped Number 26);

8. Official Statements of Captain Jameson dated June 23, 2010 (Bates Stamped Numbers 27 and 29);

9. Official Statement of Officer Barfoot dated July 26, 2010 (Bates Stamped Number 28);

10. Official Statement of Officer Puente dated July 27, 2010 (Bates Stamped Number 30);

11. Plaintiff's Step 2 Grievance Number 2010180856 Investigation Worksheet (Bates Stamped Number 32);

12. McConnell Unit Commissary Purchase Receipt dated June 28, 2010;

13. McConnell Unit Commissary Purchase Receipt dated October 13, 2010; and

14. U.S. District Court Southern District of Texas (Corpus Christi) Civil Docket for Case # 2:07-cv-00449.

Plaintiff reserves the right to supplement or amend his exhibit list.

Respectfully submitted,

By:   /s/   *Clif Alexander*
Clif Alexander
State Bar No. 24064805
Federal I.D. No. 1138436
SICO, WHITE, HOELSCHER & BRAUGH L.L.P.
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78401
Phone: (361) 653-3300
Fax: (361) 653-3333

**ATTORNEYS FOR THE PLAINTIFF**

OF COUNSEL:

Stuart R. White
Federal I.D. No. 1144883
Texas Bar No. 24075268
SICO, WHITE, HOELSCHER & BRAUGH L.L.P.
900 Frost Bank Plaza
802 N. Carancahua
Corpus Christi, Texas 78401
Telephone: 361/653-3300
Facsimile: 361/653-3333

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 14th day of January, 2013, a true and correct copy of the above and foregoing document was served upon the following counsel of record via the Court's electronic filing system and/or Certified U.S. Mail, Return Receipt Requested, in accordance with the Federal Rules of Civil Procedure.

Nadine Phillpotts
Leah O'Leary
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711

***Attorneys for Defendants Jacqulyn Jameson and Lisa Hassette***

                           /s/    *Clif Alexander*
                           Clif Alexander