UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 16 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **MICHAEL TED LAMB**<br>**Plaintiff** | § § § | |
| vs | § § | Case No. 2:11-cv-27 |
| **CRITES ET AL**<br>**Defendant** | § | |

---

## PLAINTIFF PEREMPTORY CHALLENGES

#1  **#1**

#2  **#11**

#3  **#16**

*NOTE TO ATTORNEYS:

Please fill in blanks with the number of the juror you intend to strike and <u>not</u> the name.

_____
Attorney for Plaintiff
CLIF ALEXANDER

_____
**Attorney for Plaintiff**