UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 16 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| MICHAEL TED LAMB<br>Plaintiff | § § § | |
| vs | § | Case No. 2:11-cv-27 |
| CRITES ET AL<br>Defendant | § § § | |

### DEFENDANT'S PEREMPTORY CHALLENGES

#1  4

#2  ~~11~~ 13

#3  12

\*NOTE TO ATTORNEYS:

Please fill in blanks with the number of the juror you intend to strike and not the name.

_____
Attorney for Defendant

_____
Attorney for Defendant