UNITED STATES DISTSRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JAN 17 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Michael Ted Lamb | § § | |
| VS | § § | CIVIL NO. C-11-27 |
| Richard L. Crites, et al | § | |

## JURY NOTE NO. 2

- We have reached unanimous verdicts to all questions for Jacquly Jameson.
- We have reached a unanimous verdict to question 1 for Lisa Hassette. Per your instructions, we do not proceed to subsequent questions for Lisa Hassette.

We are of the opinion we have finalized all verdicts unanimously

__1-17-13__, 2013
**Date**

__[redacted]__
**Presiding Juror**

__5:55 pm__
**Time**

**RESPONSE:**

_____

_____

_____

_____

_____

_____, 2013
**Date**

_____
**BRIAN L. OWSLEY**
**United States Magistrate Judge**